SÁNCHEZ, DEMANDANTE Y APELADO, *v.* MAYMÍ, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en causa sobre cobro de dinero.

No. 1266.—Resuelto en julio 14, 1915.

APRECIACIÓN DE LA PRUEBA—PRUEBA CONTRADICTORIA—PASIÓN, PREJUICIO O PARCIALIDAD—ERRORES MANIFIESTOS.—Cuando el único fundamento del recurso es el de que la prueba es insuficiente para sostener la sentencia apelada porque los testigos del demandante eran sus familiares y porque las declaraciones de los que no lo son eran inverosímiles, y no se alega que el juez procedió en su resolución con pasión, prejuicio, parcialidad, o manifiesto error, la apreciación que de ella hizo debe sostenerse.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. *Manuel F. Rossy.*

Abogado del apelado: Sr. *E. B. Wilcox.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El demandante en este caso reclamó del demandado cierta cantidad que era en deberle en calidad de préstamo. El demandado negó la existencia de la reclamación y contrade-

mandó para que el demandante le pagase cierta cantidad por servicios que le había prestado.

Una y otra parte presentaron prueba testifical para sostener sus respectivas pretensiones y el juez inferior con vista de la evidencia aportada al juicio resolvió el conflicto de ella a favor del demandante, declarando con lugar la demanda y sin lugar la reconvención o contrademanda.

De esta sentencia apeló para ante nosotros el demandado quien únicamente funda su recurso en que la prueba no es suficiente para sostenerla porque los testigos del demandante eran sus familiares y porque las declaraciones de los que no lo son eran inverosímiles.

El juez que oyó declarar a los testigos estaba en mejores condiciones para apreciar la credibilidad de los testigos que depusieron y no habiéndose alegado ni probado que procedió en su resolución con pasión, prejuicio, parcialidad o con manifiesto error, debemos sostener la apreciación que de ella hizo.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.